RECEIVED MAR 19 2014 PRO SE OFFICE

ORIGINAL

David Raoul
1349 Remsen Ave
Brooklyn, NY, 11236
Telephone: 1(646) 541-0378
Email: jeanocago@gmail.com

CV 14 1787

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
COUNTY OF KINGS

-----------------------------------------------------------------x

| | |
|---|---|
| DAVID RAOUL | ) **Case Number:** |
| Plaintiff, | ) |
| | ) |
| - Vs.- | ) |
| | ) |
| CITY OF NEW YORK POLICE | ) |
| DEPARTMENT (NYPD), FEDERAL | ) |
| BUREAU OF INVESTIGATION (F.B.I), | ) **COMPLAINT**: (Read paragraph 1, page 2) |
| CENTRAL INTELLIGENCE AGENCY | ) |
| (C.I.A), THE STATE OF NEW YORK, | ) |
| UNITED STATES OF AMERICA | ) |
| Defendants, | ) |
| | ) |

## TO THE UNITED STATES DISTRICT COURT
## OF EASTERN DISTRICT OF NEW YORK

**Parties:**
PLAINTIEF: David Raoul
DEFENDANTS: All of the following....
- City of New York Police Department (NYPD)
- Federal bureau of Investigation (F.B.I)
- Central intelligence Agency (C.I.A)
- The State of New York
- United States of America

**The Complaint** of the Plaintiff, David Raoul, truthfully with respect claims (with evidence) the following:

**1).** The defendants, the City of New York Police Department (NYPD), the Federal bureau of Investigation (F.B.I), the Central intelligence Agency (C.I.A), the State of New York, and the United States of America have been covertly and overtly harassing, sabotaging, torturing, damaging, and assaulting the plaintiff David Raoul. This occurred constantly **24 hours 7 days a week** without any sign of stoppage. It is currently going on as you read this. This is a psychological warfare operation by the defendants to covertly kill, and damage and destroy the plaintiffs' **quality of life**. As well damage and impair the plaintiff's **mental health,** and **control his behavior** with unethical means and tactics.

**1a).** It is being done in a manner where it can be done in public **( as well in the privacy of the plaintiffs house)** without the people of the public knowing that it is being done. Because the assault consists mostly of illegal psychological warfare, abuse, and surveillance as well as devices (refer to.

**1b)** The defendants executed there attack in a way where if the plaintiff would complain about it he would be deemed mentally ill, discredited, or just plain crazy. But if the plaintiff didn't complain they would just keep on doing with increased magnitude until the defendants objective is achieved. These government agency have the vast resources to do so (Refer to paragraphs 7, 8, and 9 to which indicates how and what they did).

**1c).** The main component that the defendants used was proxy personal (refer to paragraph 7). This proxy consisting of various groups of people and persons working in teams to conduct their assault on the plaintiff. This way the defendants could give the illusion to the plaintiff that the assault is coming from some private, or third party civilian group. Also the proxy would use lies, disinformation and deception to the public as well as plaintiff to make it look like they justified in their assault, or had good reason to do such. This way the defendants could claim plausible deniability and get away with this covert injustice and execute it with extreme ruthlessness, and cruelty.

**1d). Claim 2: Conspiracy:** The defendants actions where premeditated. For the plaintiff notice that the defendants proxy element (refer to paragraph 7) was seen when he was in the military stationed in Hawaii in 2005-2006. Now the plaintiff sees some of them in New York City where he currently lives. The plaintiff would see some of the same defendants proxy in different locations where the plaintiff would be. This proves the defendants have a collective of people and persons to conduct their assault on the plaintiff. Also the proxy was used to install the psychological presets of the assault on the plaintiff in 2004 to 2006 (refer to paragraphs 2,3 ,5 6,7) necessary for the defendants assault later on. The defendants are currently using the psychological presets now in their assault. It tries to appear coincidence but the assault was premeditated.

**1e).** Another main component of the defendants assault was the use of devices, equipment, or technologies, that would produce and project artificial audio phenomenon. In turn these devices would be beamed, focused or projected sound and voices on the plaintiff to harass, torture him . Also deprived plaintiff of sleep, privacy, and freedom of cognition. These devices do exist. And the defendants do possesses these devices, equipment, or technologies. This component of the assault started in about June 2009.

**1f).** another main component of the defendants assault on the plaintiff was increasing the magnitude, and frequency of the assault. This was done to coerce the plaintiff behavior with these unethical means and tactics (paragraphs 7, 8,9). That's why it was done covertly. When the plaintiff was behaving in a manner undesirable to the defendants ( example happy, outgoing) would increase and amplify there assault until plaintiff was overwhelmed by the stress overload. Controlling the plaintiff's behavior was a key component to their objective.

**1g).** But once the plaintiff realized what was being done he started gathering evidence. The plaintiff realized the defendants where behind all of the assaults. The defendants used what is descried in paragraphs 7, 8, 9 to do so. The proxy personal which consist of civilians used advanced equipment, technology, resources, Ariel support, and psychological tactics that the normal everyday would incapable of possessing.

**1h).** the defendants attack have literally hijacked every aspect of the plaintiffs life. Even in the plaintiffs place of school and worst even in the privacy of the plaintiffs house they conduct there covert assault, and have used what's describe in paragraphs 7, 8, 9. The defendants know what they are doing is criminal and illegal that's why the assault it is covert in its nature.

Page 3

1i). So the plaintiff David Raoul is **using legal action to bring the defendants to justice** and have defendants cease and stop there premeditated covert assault on the plaintiffs quality of life. And financial compensation for damages (refer to paragraphs 12-17).

## Statement of Facts

**2).** The plaintiff, David Raoul started noticing this attack by the defendants on his life and quality of it as early as August 27, 2006. With early signs and hints of it showing as early as July 22, 2004. Meaning this attack was a gradual, calculated and covert in its execution by the defendants with a destructive objective. To make it appear as natural or coincidental normal everyday events without notice to the plaintiff until all the necessary presets of the attack was set up by defendants. The attacks noticeably increased in frequency, duration, and magnitude and way of deliver after plaintiff was discharge from the military in May 23, 2008.

**3). The attack on the quality of life** (consisting of psychological, psychical, emotional, privacy, health, peace of mind, view of world of the plaintiff) of the plaintiff, David Raoul by the defendants to covertly kill (assassinate), **artificially induce** schizophrenia and symptoms of mental illness, and psychologically manipulate the plaintiffs perceptions of reality with premeditated staged events and interactions in and around the environment of the plaintiff to coerce him life was unnaturally hard and unbearable. Like a lose-lose situation. The defendants did this in a way to try to make it untraceable to them(refer to ).

**4).** While the defendants attack the quality of life of the plaintiff, David Raoul the defendants also overtly **defamed**, and **slandered** the plaintiff. Then covertly provoke the plaintiff so the plaintiff actions could or would support the defendant's defamation and slander (refer to paragraph 7P). But the defendants did not inform the public that they were covertly attacking the plaintiff. This tactic basically made the defendants look like the "good guys", and they had a justified reason to attack and gradually shift certain aspects of their attack from covert to overt. This made the plaintiff appear as the "bad guy" or a "trouble maker" or a "psychotic" to the deceived public. When in reality the plaintiff is a peaceful person minding his own affairs. The defendants saw the plaintiff as a perfect target to attack and psychologically abuse.

**5).** In or about January of 2010 The plaintiff started to realize that he was being psychologically manipulated and quality of life was under attack by the defendants.

6) The plaintiff would see the same events and people stated in paragraph 7 in different locations where the plaintiff be. These people would try to pose as if they had a reason to be there. Some of these people even dressed in uniform appropriate to the environment to give the illusion of authority figures and persons. Then these people would do what is stated in paragraph 7.

6A). One incident that proves this. The plaintiff seeing a slim female in appears to be in her early 20s with glasses with Asian or Latino features .....
**In 2007** sitting behind me on a plane from Indianapolis, Indiana to LaGuardia airport in New York. She kept kicking my seat to provoke me. The plaintiff ignored her. She kicked the plaintiff's seat harder to get reaction. Then when the flight landed she said he's just looking for attention in order to look like she was the victim (refer to paragraph 4). **Then in august of 2009:** the plaintiff sees that same female on the 3 train on way to school. She was wearing a short white dress and in a half empty train. She sits in a seat facing the plaintiff. She intentionally sits with her legs spread wide open making her underwear visible. Then she stares dead into space. Her other group member who boarded the train earlier was tracking the plaintiffs eyes. This was an attempt to psychologically manipulate the plaintiff and make the plaintiff look a pervert. The female was communicating with her group member in a covert manner. **Then in January 2010** when the plaintiff was doing an internship at a hospital in the Bronx the plaintiff saw that same female there. This time she was wearing a white lab coat posing like she worked in the hospital following behind the plaintiff.

6B). This happened many times to the plaintiff with The defendants Using vast collective of human surveillance and third party groups consisting of groups of peoples and persons (paragraph 7).

## The means, methods, and tactics defendants used to attack the quality of life of the Plaintiff:

**7). The defendants Using their vast collective of human surveillance and groups of people and persons as a proxy for the defendants organized to............**

7A). Harass plaintiff in private and public.

7B). stalking plaintiff in groups.

7C). Assault plaintiff.

7D). Attempted to kill plaintiff.

Page 5

**7E).** Slander and defame the plaintiff.

**7F).** Conduct illegal covert surveillance of plaintiff.

**7G).** Covertly Poison, and drug the plaintiff.

**7H).** Use psychological abuse and manipulation to destroy and deteriorate cognitive abilities of plaintiff in public and private.

**7I).** Use devices, technology, means, or equipment to monitor bio-electrical, biological functions of plaintiffs to coordinate and amplify the attack on plaintiff.

**7J).** Repeat conversations, insults, and things plaintiff said in privately in his house verbatim in different locations where plaintiff would be to stress, overwhelm and impair plaintiff's cognitive abilities.

**7K).** Monitoring plaintiff's bio-electrical signals, bio-signals and vital signs without plaintiff's consent to do all of the following stated in paragraph 7.

**7M).** Use devices to create artificial audio phenomenon to confuse, stress, traumatize and torture, plaintiff and artificially induce symptoms of schizophrenia and mental illness.

**7O).** Stage artificial social events (street theater) in public, and in front of plaintiff's house To enforce in the plaintiff's mind with a negative view of the world (psychological warfare) to amplify, and multiply the magnitude of defendant's attack with results that would alter the plaintiff behavior, and attitudes and belief of the world.

**7P).** Insert or stage groups into plaintiff's place of learning (classroom) and place of internship to psychologically manipulate and abuse plaintiff. With advanced psychological warfare tactics to mentally distort, cause **unnatural** mental strain, and impair cognitive functions of plaintiff. Also artificially induce symptoms of mental illness.

**7Q).** Follow plaintiff in vehicles to extend the attack thru vehicular means. Also tried to get plaintiff in accident.

**8). Defendants using their vast and resources and technology to.......**

**8A).** Coordinate human surveillance and groups around plaintiff and do what is stated in paragraph 7 and carry out defendants orders.

8B). Intentionally have law enforcement vehicles, sirens and personal and insignia pass by and park near plaintiff. This was to compliment, and amplify human surveillance and group attacks to intimidate, and **symbolically** make plaintiff know it was the defendants behind the attack on the plaintiff's quality of life.

8C). Stage large artificial social phenomenon, skits in public involving city and state vehicles, and their groups of people. Well-coordinated to deceive, delay, and insert false presentations of the reality to alter the plaintiff's perception of reality which is a form of psychological warfare. To compliment, and amplify defendants attack.

8D). Use advance technology, devices, and electronics to harass, confuse, impair and torture plaintiff. Such devices would produce artificial audio phenomenon. Also artificially produce symptoms of physical illness and pain in plaintiff's body. Also artificially induce dizziness and impaired balance and motor skills of plaintiff. Also these devices produce effects which stopped and block the plaintiff from having and generating coherent thoughts and thinking patterns. This was done by defendants covertly in public and in private to plaintiff.

8E). Use surveillance technology, methods and devices to listen in on **private** conversations, monitor bio-electrical and bio- signatures of plaintiff and in turn use that information to intimidate and harass, and attack plaintiff.

**9). Using the defendant's vast helicopter and aerial vehicles, craft and capabilities and resources to…….**

9A). Provide surveillance and monitoring of plaintiff to coordinate harassment and attacks of ground units consisting of human surveillance and groups of people (refer to paragraph 7) on plaintiff.

9B). Track and surveillance of plaintiff even when in house with advance technology that only law enforcement, government, federal, and military agencies would only have access to.

9C). Using advance technology, devices, electronics from airborne craft beam or project artificial adverse audio phenomenon on plaintiff while he was outside in public in private settings to harm, and artificially induce symptoms of mental illness in plaintiff. Also monitoring plaintiff and bio-electric signals where used to coordinate defendants attack.

------------------------------------------------

## Damages to plaintiff caused by defendants

### 10). Mental, cognitive, and psychological (damages, suffering, trauma, and losses):

10A)-Inability to focus or concentrate for long durations due to defendants means to prohibit plaintiff from having coherent thinking patterns (refer to paragraphs 7I,7P, 7H 8D,)

10B)- Feeling and sensation of pain and tightness in head and throat when trying think deep coherent thoughts or thinking patterns due to illegal covert adverse psycho- therapy which was done 24 hours 7 days a week. When plaintiff would try to think the defendants had means to prohibit such (refer to paragraphs 7I, 7P, 7H 8D, 7K).

10C)- Traumatic memories due to defendants using illegal covert adverse psycho-therapy which was done 24 hours 7 days a week to sensitize plaintiff to certain everyday stimuli. In turn making these stimuli adverse so whenever plaintiff would see these stimuli it would prompt fear, paranoia, and stress.

10D)- Damages, suffering, and trauma from hearing the artificially generated audio phenomenon. Which deprived plaintiff of sleep, ability to think coherently, impaired plaintiff from breathing properly. Which was done 24 hours 7 days a week.

10E)- Damages and trauma from hearing the artificially generated audio phenomenon which had the capability to sound like voices of people plaintiff knew like family, and associates to confuse plaintiff and have issues of trust and fear of people plaintiff knew well. This amplified the defendants attack.

### 11).Physical damages, pain, suffering and losses:

11A)- A constant pain and burning sensation in throat from covertly drugging and poison the plaintiff with drugs without plaintiff consent permission and knowledge (paragraph 7G).(have medical appointment records.)

11C)- Damages from methods defendants used to impair breathing of plaintiff. Which consist of heavy breathing with headaches and pain on side of head when plaintiff would start to breathe calm (refer to paragraphs 9C, 8E, 7P, 7K, 7I).

11D)- Pain in heart when it starts to get relaxed. This is because of the covert psycho-therapy and devices used by defendants that prohibit and hindered plaintiff from having achieving a relaxed heart rate (refer to paragraphs 9C, 8E, 7P, 7K, 7I).

**11E)**- Difficulty **swallowing** food, and pronouncing words due to defendants vast resources and technology to prohibit and hinder and distort plaintiff biological functions (refer to paragraphs 9C, 8E, 7P, 7K, 7I). (have medical appointment records.)

**11F)**- pain in eye muscles. And have trouble focusing in on objects. Due to defendants vast resources and technology and tactics to hinder prohibit plaintiff from doing such.

## 12). Emotional damages, trauma, stress, suffering and losses:

12A)- Trauma, stress, and suffering from defendants capability to surround constantly surround the plaintiff with artificial social phenomena in public to make plaintiff have a false presentation of the social aspect of the environment as well as the physical. This was done to make the plaintiff feel hopeless and degrade moral and appear as the "real" reality to plaintiff. But without plaintiff knowing this was a staged event by the human intelligence and groups of people, persons working as a proxy for the defendants (paragraphs 7,8, and 9).

10B)- Damages from defendants inserting human intelligence and groups of proxy people, persons in plaintiff classes in school with a ultimate purpose and objective to covertly harass, assault(paragraphs 7P,7H, 7O).Then overtly slander and defame plaintiff to make him appear as the defendants falsely claim. This hindered and made it difficult for plaintiff to get true learning experience.

## 11).Quality of life damages, trauma, suffering, stress and losses:

**11A)**-Overall health, physical, mental, emotional, and financial exhaustion, suffering, trauma and stress from countering and fighting off this 24 hours, 7 days a week assault on the quality of the plaintiffs life. Also from countering and fighting off defendants covert murder attempt on plaintiff.

**11B)**- Damages from defendants using aspects described in paragraphs 7, 8E, 8D and 9 to invade plaintiffs privacy 24 hours 7 days a week. The plaintiff privacy and peace of mind was compromised by defendants.

**11C)**- Psychological damage from defendants covert psychological assault to mentally destroy and corrode the plaintiff.

**11D)**- Damage and detrition of normal cognitive and language abilities of plaintiff. Such as reading, speaking, ability to pay attention.

## **Demands of Plaintiff**

WHEREFORE, the plaintiff, David Raoul request that the judge and court:

**12).** Have the defendants stop and cease its covert harassment and torture on plaintiff.

**13).** Have The defendants stop and cease its illegal psychological operations and attack on plaintiffs quality of life.

**14).** Have defendants release information to plaintiff about who or which person, persons or authority figure in there agency commenced, coordinated, funded, and planned this unethical, gradual covert method of psychological destruction, degrading quality of life, and gradual attempted murder of the plaintiff.

**15).** Have defendants pay plaintiffs legal and court fee that the court required the plaintiff to pay.

**16).** The Plaintiff, David Raoul claims THIRTY FOUR MILLION DOLLARS ($34,000,000.00) in damages, trauma, suffering, stress, and losses from the defendants, City of New York Police Department (NYPD), Federal bureau of Investigation (F.B.I), Central intelligence Agency (C.I.A), and The State of New York, and the United States of America.

**17).** Have defendants pay any other monetary compensation and punitive damages the judge or court deems appropriate to plaintiff.

---------**Contacts**--------------------------------------------------------------------------

DEFENDANTS: City of New York Police Department
ADDRESS: One Police Plaza, Madison St,
New York, NY 10038
PHONE: (646) 610-5000

DEFENDANTS: Central Intelligence Agency
ADDRESS: Office of Inspector General
Central Intelligence Agency
Washington, D.C, 20505
PHONE: (703) 204-3800

DEFENDANTS: Federal Bureau of Investigation
ADDRESS: 26 Federal Plaza, 23rd Floor
New York, NY 10278-0004
PHONE: (212) 384-1000

DEFENDANTS: The State of New York
ADDRESS: New York State Department of Law
120 Broadway
New York, NY 10271
PHONE: (212) 416-6157

Respectfully sign and submitted by the plaintiff David Raoul on 03/20/2014
            p.h
            19

David Raoul

_____*[signature]*_____x


**Contacts**

**PLAINTIFF: David Raoul**

**ADDRESS: 1349 Remsen Avenue**

**Brooklyn, NY 11236**

**PHONE: (646) 541-0378**

**Email: jeanocago@gmail.com**