```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
```
DAVID RAOUL,

               Plaintiff,                               **JUDGMENT**

      - against -                            14-CV-1787 (RRM)(CLP)

CITY OF NEW YORK POLICE DEPARTMENT;
FEDERAL BUREAU OF INVESTIGATION;
CENTRAL INTELLIGENCE AGENCY; STATE
OF NEW YORK; and UNITED STATES OF
AMERICA,

               Defendants.
```
-----------------------------------------------------------X
```

       An Order of the undersigned having been filed this day, dismissing the complaint, it is hereby

       **ORDERED, ADJUDGED AND DECREED** that plaintiff take nothing of defendants and the complaint is hereby dismissed.

       The Court certifies pursuant to 28 U.S.C. §1915(a)(3) that any appeal would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an appeal.

                                                               SO ORDERED.

                                                            */s/ Roslynn R. Mauskopf*

Dated: Brooklyn, New York
         March 6, 2015                                    _____
                                                            ROSLYNN R. MAUSKOPF
                                                            United States District Judge